JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CECIL ROY TEDDER,

               Petitioner,

    v.

E. ARNOLD, Warden, et al.,

               Respondents.

Case No. CV 18-06900 DDP (AFM)

**JUDGMENT**

      Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: 11-5-18

_____
DEAN D. PREGERSON
SENIOR U.S. DISTRICT JUDGE